# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 13-1074**

**September Term, 2014**

**FERC-Project-2165-049**

**Filed On:** January 30, 2015

Smith Lake Improvement and Stakeholders
Association,

      Petitioner

    v.

Federal Energy Regulatory Commission, et
al.,

      Respondents

------------------------------

Alabama Power Company,
      Intervenor

**BEFORE:**    Brown and Wilkins, Circuit Judges; Silberman, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that the opinion issued September 26, 2014, be amended in accordance with the statement accompanying the order denying rehearing en banc filed January 30, 2015.

The Clerk is directed to issue the amended opinion.


**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Jennifer M. Clark
                Deputy Clerk